UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE WINFREY

**26 CV 2963**

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

**COMPLAINT**

THE DOE FUND
LEMLE & WOLFF COMPANIES

Do you want a jury trial?
☐ Yes    ☒ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

2026 APR 10 PM 12: 53
RECEIVED
SDNY PRO SE OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒   Federal Question

☐   Diversity of Citizenship

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

NO HEAT IN MY APARTMENT. THAT FROZE AND BURST MY HEATER PIPES. MY APARTMENT FULLED UP WITH VERY HOT SMOKE AND WATER.

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff,   EUGENE WINFREY   , is a citizen of the State of
(Plaintiff's name)

NEW YORK
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual: **LEMLE & WOLFF COMPANIES**
AND
The defendant, **THE DOE FUND**_____, is a citizen of the State of
(Defendant's name)

**NEW YORK**
_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation: **LEMLE & WOLFF COMPANIES**
AND
The defendant, **THE DOE FUND**____, is incorporated under the laws of

the State of **NEW YORK**_____

and has its principal place of business in the State of **NEW YORK**_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**EUGENE** _____ **WINFREY**_____
First Name          Middle Initial          Last Name

**P.O. BOX 45, 118 EAST 124TH ST, NEW YORK, NY** **10035**
Street Address

**NEW YORK**          **NEW YORK**    **10035**
County, City          State          Zip Code

**917-775-4172**          **eugenewinfrey64 @ GMAIL**
Telephone Number  (MOBILE)          Email Address (if available)          **.COM**

**347-431-1327**
          (HOME)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    THE DOE FUND

First Name                      Last Name

MY    BUILDING  OWNER

Current Job Title (or other identifying information)

345 E. 102 ND STREET, # 305

Current Work Address (or other address where defendant may be served)

NEW YORK      NY      10029

County, City              State              Zip Code

Defendant 2:    LEMLE & WOLFF COMPANIES

First Name                      Last Name

MY    BUILDING  LANDLORD

Current Job Title (or other identifying information)

5925 BROADWAY,

Current Work Address (or other address where defendant may be served)

~~BROADWAY~~ BRONX, NEW YORK 10463

County, City              State              Zip Code

Defendant 3:

First Name                      Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City              State              Zip Code

Defendant 4:

First Name                                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State              Zip Code

## III. STATEMENT OF CLAIM

BRONX, NEW YORK 10468

Place(s) of occurrence: 2736 CRESTON AVE, APT. 2G

Date(s) of occurrence: JAN. 31, 2026

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

① MY HEAT WAS CUT OFF IN MY APARTMENT AND I WAS FREEZING!

② IT WAS SO VERY COLD AND FREEZING IN MY APARTMENT THAT IT FROZE AND BURSTED MY HEATER PIPES!

③ MY HEATER PIPES STARTED TO LEAK VERY HOT STEAMING WATER OUT AND IT FLOODED MY APARTMENT!

④ MY APARTMENT WAS FULL OF VERY THICK GRAY SMOKE AND I HAD TO RUN OUT OF MY APARTMENT FOR MY LIFE!

Page 5

(5)  IT LOOKED LIKED MY APARTMENT WAS ON FIRE AND ABOUT TO BLOW UP!

(6)  I AM A 66 (SIXTY-SIX) YEAR OLD SENIOR CITIZEN, AND I SHOULD NOT BE TREATED THIS WAY!

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

(1)  I AM HAVING TROUBLE TO BREATH AND NIGHTMARES AND FLASHBACKS!

(2)  NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS,

(3)  SECONDARY TRAUMA AND EMOTIONAL ABUSE.

(4)  CRIME

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

(1)  PAIN AND SUFFERING

(2)  NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS,

(3)  SECONDARY TRAUMA AND EMOTIONAL ABUSE.

(4)  THE AMERICANS WITH DISABILITIES ACT.

(5)  $200,000,000 MILLION DOLLARS.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

4-10-26
Dated

Eugene Winfrey
Plaintiff's Signature

EUGENE
First Name

Middle Initial

WINFREY
Last Name

P.O. BOX 45, 118 E. 124 TH
Street Address

NEW YORK
County, City

NEW YORK
State

10035
Zip Code

917-775-4172 (MOBILE)
Telephone Number

347-431-1327 (HOME)

eugenewinfrey64@gmail.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.