## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

EUGENE WINFREY

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

THE DOE FUND
LEMLE & WOLFF COMPANIES

(full name(s) of the defendant(s)/respondent(s))

26 cv CV 2963

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?* ☐ Yes ☒ No (If "No," go to Question 2.)

   I am being held at: _____

   Do you receive any payment from this institution? ☐ Yes ☐ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☒ No

   If "yes," my employer's name and address are: _____

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? DISABILITY

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment ☐ Yes ☒ No
   (b) Rent payments, interest, or dividends ☐ Yes ☒ No

2026 APR 10 PH 12: 54

RECEIVED SDNY PRO SE OFFICE

SDNY Rev: 8/5/2015

|  |  | | |
|---|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability or worker's compensation payments | ☒ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☒ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☒ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☒ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I AM A 66 (SIXTY-SIX) YEAR OLD SENIOR CITIZEN
I AM ON DISABILITY $452.00

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

NONE (O)

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

NO

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense: (MONTHL

SCHOOL LOANS, PHONE, RENT, LIGHT BILL, BUS FARE
WASHING CLOTHES, FOOD, CABLE, BUYING CLOTHES

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

NONE

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

4-10-26
Dated

Eugene Winfrey
Signature

EUGENE WINFREY
Name (Last, First, MI)

Prison Identification # (if incarcerated)

P.O. BOX 45, 118 E. 124TH, NEW YORK, NY 100:
Address                    City              State     Zip Code

917-775-4172
Telephone Number (MOBILE)

eugeneWinfrey64@
E-mail Address (if available)
GMAIL.COM

347-431-1327
(HOUSE)

IFP Application, page 2



# Social Security Administration
# Benefit Verification Letter

Date: February 4, 2026
BNC#: 26DL867E71874
REF: A, C2, DI

EUGENE WINFREY
APT 2G
2736 CRESTON AVE
BRONX NY  10468-2927

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2025, the full monthly Social Security benefit before any deductions is $550.80.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $550.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on January 1, 2001.

## Information About Past Social Security Benefits

From December 2024 to November 2025, the full monthly Social Security benefit before any deductions was $535.80.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $535.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page